# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | 2:17-cr-00316-SVW |
| Date | October 1, 2021 |

Present: The Honorable **STEPHEN V. WILSON, U.S. DISTRICT JUDGE**

Interpreter

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jeffrey Shawn Dalton | | | | N/A | | | |

**Proceedings:**  IN CHAMBERS ORDER re:
REQUEST Filed by Defendant Jeffrey Shawn Dalton [54], and
MOTION to Dismiss for Lack of Jurisdiction Filed by Plaintiff USA as to Defendant Jeffrey Shawn Dalton [56]

For the reasons stated in the Government's Motion, the Court hereby dismisses Defendant's petition without prejudice. The Court advises Defendant that he may re-file his petition in the proper jurisdiction, the District of Arizona, in light of Defendant's confinement at the Federal Correctional Institution in Phoenix, Arizona.

                                                                                                                                      :
Initials of Deputy Clerk     PMC

cc: USM
     PSA